IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:05-00161-001

PERRY FRENCH HARVEY, JR.

## MEMORANDUM OPINION AND ORDER

By undated letter, defendant requested early release from his term of probation.  The court has considered defendant's background, his performance while on probation, the circumstances of the offense of conviction, his criminal history, and the recommendation of the United States Probation Office.  For reasons appearing to the court, the court DENIES defendant's request.  In the event defendant seeks to have the conditions of his probation altered so that he might use archery equipment, he should coordinate such a request through his probation officer.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 26th day of October, 2007.

ENTER:

*David A. Faber*
David A. Faber
United States District Judge